IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____
                                    )
THE QC GROUP, INC., *et al.*,       )    Case No. 13-CV-1726 (JRT/SER)
                                    )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )
                                    )
SYLVIA M. BURWELL, *et al.*,        )
                                    )
            Defendants.             )
_____)

**STIPULATION FOR ENTRY OF JUDGMENT AND INJUNCTION
IN FAVOR OF PLAINTIFFS AND STIPULATION FOR
FEE MOTION BRIEFING SCHEDULE**

In light of the decision by the United States Supreme Court in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties, through their respective counsel, enter into the following Stipulation:

1. The parties stipulate and agree that judgment may be entered in favor of Plaintiffs and against Defendants on Count I of the Complaint [Docket No. 1], in the form of the Order for Injunction and Judgment attached to this Stipulation as Exhibit No. 1.

2. Plaintiffs intend to file a Motion for Attorney Fees and Nontaxable Costs pursuant to 42 U.S.C. § 1988 in the form of Exhibit 2 as a result of the Order for Injunction and Judgment the Court enters pursuant to paragraph 1 of this Stipulation. The parties stipulate to the following briefing schedule for the Plaintiffs' § 1988 attorney fee motion under Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54.3(b):

1

a. Plaintiffs shall file their Memorandum of Law and any Declarations in support of the motion for attorney fees and nontaxable costs no later than 45 days from the date judgment is issued;

b. Defendants shall file their Response Memorandum and Declarations no later than 21 days after Plaintiffs file their papers under paragraph a;

c. Plaintiffs shall file their Reply Memorandum and Declarations no later than 14 days after Defendants file their papers under paragraph b.

The parties have provided for the 45-day period for Plaintiff to file the initial papers in support of the attorney fee motion in order to explore the possibility of reaching a negotiated settlement of Plaintiffs' attorney fee request. Thus, the purpose of this request and stipulation is to facilitate settlement and reduce costs and time expended by both parties and the Court.

**- REMAINDER OF PAGE INTENTIONALLY LEFT BLANK -**

Dated: November 14, 2014　　**MOHRMAN, KAARDAL & ERICKSON, P.A.**

　/s/Erick G. Kaardal
Erick G. Kaardal, 229647
James V. F. Dickey, 393613
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Fax: 612-341-1076

**ATTORNEYS FOR PLAINTIFFS**

Dated:  November 14, 2014	**UNITED STATES DEPARTMENT OF JUSTICE**

/s/Bradley P. Humphreys
Bradley P. Humphreys
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7310
Washington, D.C. 20530
Telephone: (202) 514-3367
Fax: (202) 616-8470

**ATTORNEYS FOR DEFENDANTS**